UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA TORRES ROMERO,<br><br>        Petitioner,<br><br>    v.<br><br>JEFF SESSIONS, et al.,<br><br>        Respondents. | Case No. 18-cv-02355-VC<br><br>**ORDER GRANTING<br>VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 14 |

The Court construes petitioner's notice of voluntary dismissal as a motion for an order of dismissal with prejudice and grants that motion.

**IT IS SO ORDERED.**

Dated: June 14, 2018

_____
VINCE CHHABRIA
United States District Judge